UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Paul Schachter,         :     CHAPTER 13
                    Debtor      :     CASE NO. 14-17079-ref

## MOTION TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7

Paul Schachter, Debtor, by and through his counsel, Brenna H. Mendelsohn, Esquire, of Mendelsohn & Mendelsohn, P.C. files this Motion to Convert debtor's instant Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy and in support thereof, represents the following:

1. The debtor, Paul Schachter, filed a Petition for relief under 11 U.S.C. Chapter 13 of the Federal Code on September 4, 2014 to case number 14-17079-ref and this case is still pending before this Honorable Court.

2. The debtor seeks an Order allowing his case to be converted from a Chapter 13 to a Chapter 7 Bankruptcy.

3. The debtor no longer has the monthly disposable income to feasibly remain in a Chapter 13 Plan.

**WHEREFORE**, the debtor prays that this Honorable Court enter an Order allowing Debtor to convert his Chapter 13 case to a Chapter 7 case as it is the more appropriate form of relief under the circumstances.

Respectfully Submitted,

/s/ Brenna H. Mendelsohn
Brenna H. Mendelsohn, Esquire
Attorney for Debtors

Dated: March 1, 2017