United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 14-17079-ref
Paul Schachter                                                      Chapter 13
Paul Schachter
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 2                  Date Rcvd: Mar 02, 2017
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2017.
db             +Paul Schachter,    MAILING ADDRESS:,    PO BOX 284,    Orefield, PA 18069-0284
db             +Paul Schachter,    5388 Chapmans Road,    Orefield, PA 18069-9089
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,     Bankruptcy Department,    PO BOX 630267,
                 Irving, TX   75063)
cr             +U.S. BANK NATIONAL ASSOCIATION,    Aldridge Pite, LLP,    4375   Jutland Dr Suite 200,
                 San Diego, CA 92117-3600
13380398       +Bluestone Investments,    c/o Amato & Assoc.,    107 North Commerce Way,
                 Bethlehem, PA 18017-8913
13474885       +Bluestone Investments, Inc.,    197 North Commerce Way,    Bethlehem, PA 18017
13380399       +Culligan Water,    1222 West Greenleaf Street,    Allentown, PA 18102-1199
13380401       +Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
13474730       +JPMorgan Chase Bank,    Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 PO Box 36655,    Dallas, Texas 75235-1655
13414631        JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI   48308-0730
13380402       +Macys/fdsb,    Macy’s Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13499007       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13380406       +Raymundo Valladares,    624 Fulton Street,    Allentown, PA 18102-2059
13501999       +US Bank /Lehman XS Trust Mortgage,    Nationstar Mortgage,    PO BOX 619094,
                 Dallas,   TX 75261-9094
13501998       +US Bank /Lehman XS Trust Mortgage,    Nationstar Mortgage,    PO BOX 619096,
                 Dallas,   TX 75261-9096
13380407       +Verizon Pennsylvania I,    500 Technology Dr,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Mar 03 2017 01:33:08      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2017 01:32:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2017 01:33:12      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2017 01:38:32      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13474884        E-mail/Text: mrdiscen@discover.com Mar 03 2017 01:32:44      Discover Bank,   12 Reads Way,
                 New Castle, DE 19720
13393785        E-mail/Text: mrdiscen@discover.com Mar 03 2017 01:32:44      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13380400       +E-mail/Text: mrdiscen@discover.com Mar 03 2017 01:32:44      Discover Fin,    Po Box 6103,
                 Carol Stream, IL 60197-6103
13380403        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2017 01:50:05       Portfolio Rc,
                 Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
13464467        E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2017 01:37:42
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13473798       +E-mail/Text: bncmail@w-legal.com Mar 03 2017 01:33:07      U.S. Bank National Association,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEH
13380404*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
13380405*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541)
13380397      ##+Aurora Loan Services,    Attn: Bankruptcy Dept.,    Po Box 1706,    Scottsbluff, NE 69363-1706
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                   Date Rcvd: Mar 02, 2017
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2017 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Paul  Schachter tobykmendelsohn@comcast.net
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Indenture
               Trustee, successor in interest to Bank of America, National Association, as Trustee, successor
               by merger to LaSalle Bank National Association, as Indenture bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Indenture
               Trustee, successor in interest to Bank of America, National Association mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Paul Schachter,          :      CHAPTER 13
                    Debtor           :      CASE NO. 14-17079-ref

**MOTION TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7**

Paul Schachter, Debtor, by and through his counsel, Brenna H. Mendelsohn, Esquire, of Mendelsohn & Mendelsohn, P.C. files this Motion to Convert debtor's instant Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy and in support thereof, represents the following:

1. The debtor, Paul Schachter, filed a Petition for relief under 11 U.S.C. Chapter 13 of the Federal Code on September 4, 2014 to case number 14-17079-ref and this case is still pending before this Honorable Court.

2. The debtor seeks an Order allowing his case to be converted from a Chapter 13 to a Chapter 7 Bankruptcy.

3. The debtor no longer has the monthly disposable income to feasibly remain in a Chapter 13 Plan.

**WHEREFORE**, the debtor prays that this Honorable Court enter an Order allowing Debtor to convert his Chapter 13 case to a Chapter 7 case as it is the more appropriate form of relief under the circumstances.

                    Respectfully Submitted,

                    /s/ Brenna H. Mendelsohn
                    Brenna H. Mendelsohn, Esquire
                    Attorney for Debtors

Dated: March 1, 2017