Certificate Number: 06761-PAE-DE-029305019

Bankruptcy Case Number: 14-17079



06761-PAE-DE-029305019

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2017, at 6:13 o'clock PM EDT, Paul Schachter completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 24, 2017            By:  /s/Helen L. Cagle

                                Name:  Helen L. Cagle

                                Title:  Manager