United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 14-17079-ref
Paul Schachter                                                  Chapter 7
Paul Schachter
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: Jun 30, 2017
                              Form ID: 318             Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2017.
```
db          +Paul Schachter,    MAILING ADDRESS:,    PO Box 284,    Orefield, PA 18069-0284
db          +Paul Schachter,    5388 Chapmans Road,    Orefield, PA 18069-9089
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13380397    +Aurora Loan Services,    Attn: Bankruptcy Dept.,    Po Box 1706,    Scottsbluff, NE 69363-1706
13380398    +Bluestone Investments,    c/o Amato & Assoc.,    107 North Commerce Way,
              Bethlehem, PA 18017-8913
13474885    +Bluestone Investments, Inc.,    197 North Commerce Way,    Bethlehem, PA 18017
13380399    +Culligan Water,    1222 West Greenleaf Street,    Allentown, PA 18102-1199
13474730    +JPMorgan Chase Bank,    Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              PO Box 36655,    Dallas, Texas 75235-1655
13414631     JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
              Rochester, MI  48308-0730
13499007    +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13380406    +Raymundo Valladares,    624 Fulton Street,    Allentown, PA 18102-2059
13501999    +US Bank /Lehman XS Trust Mortgage,    Nationstar Mortgage,    PO BOX 619094,
              Dallas,  TX 75261-9094
13501998    +US Bank /Lehman XS Trust Mortgage,    Nationstar Mortgage,    PO BOX 619096,
              Dallas,  TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: robertsl2@dnb.com Jul 01 2017 01:51:09     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 01 2017 01:50:30
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 01 2017 01:51:16     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13474884     EDI: DISCOVER.COM Jul 01 2017 01:43:00     Discover Bank,    12 Reads Way,
              New Castle, DE 19720
13393785     EDI: DISCOVER.COM Jul 01 2017 01:43:00     Discover Bank,    DB Servicing Corporation,
              PO Box 3025,    New Albany, OH  43054-3025
13380400    +EDI: DISCOVER.COM Jul 01 2017 01:43:00     Discover Fin,    Po Box 6103,
              Carol Stream, IL 60197-6103
13380401    +EDI: HFC.COM Jul 01 2017 01:43:00     Hsbc/rs,    Attn: Bankruptcy,    Po Box 5263,
              Carol Stream, IL 60197-5263
13380402    +EDI: TSYS2.COM Jul 01 2017 01:43:00     Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,
              Mason, OH 45040-8053
13380403     EDI: PRA.COM Jul 01 2017 01:43:00     Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541
13464467     EDI: RECOVERYCORP.COM Jul 01 2017 01:43:00     Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13473798    +E-mail/Text: bncmail@w-legal.com Jul 01 2017 01:51:07     U.S. Bank National Association,
              C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13380407    +EDI: VERIZONEAST.COM Jul 01 2017 01:43:00     Verizon Pennsylvania I,    500 Technology Dr,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13380404*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541)
13380405*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: admin                Page 2 of 2                  Date Rcvd: Jun 30, 2017
                              Form ID: 318               Total Noticed: 28
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Paul  Schachter tobykmendelsohn@comcast.net
              DANIEL BRETT SULLIVAN    on behalf of Creditor   Nationstar Mortgage, LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. Bank National Association, as Indenture
               Trustee, successor in interest to Bank of America, National Association, as Trustee, successor
               by merger to LaSalle Bank National Association, as Indenture bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   U.S. Bank National Association, as Indenture
               Trustee, successor in interest to Bank of America, National Association mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paul Schachter** | Social Security number or ITIN **xxx–xx–2954** |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | **Paul Schachter** | Social Security number or ITIN **xxx–xx–2954** |
| | First Name   Middle Name   Last Name | EIN __–_____ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **14–17079–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paul Schachter
aka Pablo Schachter

Paul Schachter
aka Pablo Schachter

6/29/17

**By the court:**  Richard E. Fehling
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2